IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM TARR, as Personal Representative of the ESTATE OF CONNOR WILLIAM TARR, | 3:15-CV-02243-PK<br><br>ORDER |
|         Plaintiff, | |
| v. | |
| USF REDDAWAY, INC., an Oregon corporation; YRC WORLDWIDE, INC., a Delaware corporation; GERALD THOMAS TRUELOVE, an individual, | |
|         Defendants. | |

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#31) on February 23, 2016, in which he recommends this Court grant in part and deny in part Defendants' Motion (#16) to Dismiss; grant Plaintiff leave to amend his Complaint to allege Plaintiff's residency; dismiss without prejudice Plaintiff's claims against Defendant YRC Worldwide, Inc.; and

1 - ORDER

deny as moot the Motion (#27) to Strike of Defendants YRC and USF Reddaway, Inc.  Plaintiff filed timely Objections to the Findings and Recommendation (#45).  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v.* Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#31).  Accordingly, the Court **DENIES as moot** the Motion (#27) to Strike of Defendants YRC and USF Reddaway and **GRANTS in part** and **DENIES in part** Defendants' Motion (#16) to Dismiss as follows:

(1)  The Court **DENIES as moot** Defendants' Motion to Dismiss

2 - ORDER

        to the extent they seek dismissal of Plaintiff's claims for lack of subject-matter jurisdiction and

(2) The Court **GRANTS** Defendants' Motion to Dismiss Plaintiff's claims against YRC for lack of personal jurisdiction and **DISMISSES without prejudice** Plaintiff's claims against YRC.

The Court **GRANTS** Plaintiff leave to file an Amended Complaint to allege Plaintiff's residency **no later than June 1, 2016,** consistent with Magistrate Judge Papak's Findings and Recommendation (#31) and this Order.

IT IS SO ORDERED.

DATED this 17th day of May, 2016.

                    /s/ Anna J. Brown
                    _____
                    ANNA J. BROWN
                    United States District Judge